IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALLEN JOHNSON, as brother and )
surviving heir of JEARLENE )
JOHNSON, deceased, on behalf )
of all wrongful death )
beneficiaries of JEARLENE )
JOHNSON; and ALLEN JOHNSON, as )
Executor of the Estate of )
JEARLENE JOHNSON, )
)
Plaintiff, )
)
v. ) CASE NO. CV418-292
)
ADT, LLC, d/b/a/ ADT SECURITY )
SERVICES; THE ADT )
CORPORATION; SAFE STREETS )
USA, LLC; and JOHN DOES 1-10, )
)
Defendants. )
)

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Doc. 26.) This motion seeks dismissal of Defendants John Does 1-10. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As requested by Plaintiff, Defendants John Does 1-10 are **DIMISSED WITHOUT PREJUDICE.** Because this Court previously dismissed all

other Defendants in this matter (Doc. 25), the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of September 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA